UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and <br> D.J. BENNETT, Revenue Officer, <br><br> Petitioners, <br><br> vs. <br><br> KEITH JOSEPH UDOVCH and <br> COLLEEN UDOVCH, <br><br> Respondents. | No. C06-5651 SBA <br><br> **ORDER** |

Good cause having been shown by the petitioner upon its Verified Petition To Enforce Internal Revenue Service Summonses, filed on September 15, 2006,

IT IS HEREBY ORDERED THAT Respondents Keith Joseph Udovch and Colleen Udovch appear before this Court on February 20, 2007, at 1 p.m., in Courtroom No. 3, 3rd Floor, United States District Court, 1301 Clay Street, Oakland, California, and then and there show cause, if any, why Respondents should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon Respondents as alleged and set forth in said petition;

IT IS FURTHER ORDERED THAT a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondents in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the hearing scheduled in this Order above specified;

IT IS FURTHER ORDERED that within twenty-one (21) days before the hearing scheduled in this Order, Respondents may file and serve a written response to the Petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. §1746, as well as any motion Respondents

1 desire to make, that the Petitioner may file and serve a written reply to such response, if any, within
2 fourteen (14) days before the hearing scheduled in this Order. Both Petitioners and Respondents shall
3 take notice that only those issues raised by motion or brought into controversy by the responsive
4 pleadings and supported by affidavit(s) or declaration(s) will be considered at the hearing and any
5 uncontested allegation in the petition may be deemed admitted.

6     IT IS SO ORDERED.

9 Dated: 12/11/06          SAUNDRA BROWN ARMSTRONG
                              United States District Judge

**United States District Court**
For the Northern District of California