1  KEVIN V. RYAN  (CSBN 118321)
   United States Attorney
2  JAY R. WEILL  (CSBN. 75434)
   Assistant United States Attorney
3  THOMAS MOORE  (ASBN 4305-T78O)
   Assistant United States Attorney
4   9th Floor Federal Building
    450 Golden Gate Avenue, Box 36055
5   San Francisco, California 94102
    Telephone:  (415) 436-6935
6
   Attorneys for United States of America
7
                **IN THE UNITED STATES DISTRICT COURT FOR THE**
8
                      **NORTHERN DISTRICT OF CALIFORNIA**
9
                              **OAKLAND DIVISION**
10

| | |
|---|---|
| **UNITED STATES OF AMERICA and D.J. BENNETT, Revenue Officer,**     )<br>                                                                  )<br>**Petitioners,**                                                  )<br>                                                                  )<br>           v.                                                     )<br>                                                                  )<br>**KEITH JOSEPH UDOVCH and COLLEEN UDOVCH,**                       )<br>                                                                  )<br>**Respondents.**                                                  )<br>_____) | No. C-06-5651-SBA<br><br>**REQUEST FOR DISMISSAL<br>AND ORDER THEREON** |

On December 11, 2006, this Court entered an Order pursuant to the United States" Petition to Enforce Summons.  While attempting to serve the Order on respondents, the United States learned that the respondents no longer reside in this District.

Because Respondents no longer reside in this District, the United States of America asks that this matter be dismissed.

                                        Respectfully submitted,

                                        KEVIN V. RYAN
                                        United States Attorney

                                        /s/ Thomas Moore
                                        THOMAS MOORE
                                        Assistant United States Attorney
                                        Tax Division

        **IT IS SO ORDERED.**

    **ORDERED** this   10th   day of January, 2007 at Oakland, California.

                                        *Saundra B Armstrong*
                                        UNITED STATES DISTRICT JUDGE